IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Anthony James Moore, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING PLAINTIFF'S** |
| vs. | ) | **MOTION FOR SANCTIONS** |
| | ) | |
| Timothy Schuetzle, | ) | |
| | ) | Case No. 1:05-cv-098 |
| Defendant. | ) | |

Before the Court is Plaintiff Anthony James Moore's "Motion for order to impose Sanctions Against the Clerk of Court and office Employees and Magistrate Miller, To the Chief Judge Daniel L. Hovland," filed on March 22, 2007. The Court has reviewed the file and finds that Moore's motion is devoid of merit. Accordingly, the Plaintiff's motion is **DENIED**. (Docket No. 46).

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2007.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court

1